**DENY; and Opinion Filed this 22 day of February, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00198-CV**

## IN RE WILLIAM A. BOOTHE, M.D. AND WENDY J. BOOTHE, Relators

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. 12-03467-E

### OPINION
Before Justices Bridges, Murphy and Lewis
Opinion by Justice Lewis

Relators contend the trial judge erred in dissolving a writ of garnishment. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus and emergency motion to stay.

/David Lewis/
DAVID LEWIS
JUSTICE

130198F.P05